IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RYAN W. MASSENGILL,

                              **Plaintiff,**

        v.                                                                             CASE NO. 23-3040-JWL

PAUL SNYDER,

                              **Defendant.**

## MEMORANDUM AND ORDER

      This Court dismissed Plaintiff Ryan W. Massengill's pro se civil action under 42 U.S.C. § 1983 on March 15, 2023. (Doc. 6.) Plaintiff has filed a motion for leave to proceed in forma pauperis (IFP) on appeal. (Doc. 11.) The Prison Litigation Reform Act of 1995 provides that an indigent prisoner "'need not pay federal court filing fees in full prior to initiating an appeal'" if that prisoner has "not accumulated three strikes for actions or appeals that are dismissed for being frivolous, malicious, or failing to state a claim." *Shields v. Cline*, 829 Fed. Appx. 321, 323 (10th Cir. 2020) (quoting *Strope v. Cummings*, 653 F.3d 1271, 1273 (10th Cir. 2011)). Plaintiff had not accumulated three strikes prior to these proceedings and he meets the indigency requirements, so the Court will grant the motion for leave to proceed IFP on appeal.

      **IT IS THEREFORE ORDERED** that the motion for leave to proceed in forma pauperis on appeal (Doc. 11) is **granted**. Copies of this order shall be transmitted to Plaintiff and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

      **IT IS SO ORDERED.**

      DATED:  This 12th day of April, 2023, at Kansas City, Kansas.

                                                    S/John W. Lungstrum
                                                    JOHN W. LUNGSTRUM
                                                    United States District Judge